IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00118-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REGGIE PETTUS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for a new sentencing hearing. (Doc. No. 43: Opinion and Judgment; Doc. No. 44: Mandate).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Reggie Pettus (Reg. No. 34866-058) present in Charlotte, North Carolina forthwith, but not later than March 29, 2024, at 9:30 a.m. for a sentencing hearing.

**IT IS FURTHER ORDERED** that the parties shall file any supplemental briefing addressing the issues on remand within ten (10) days of the entry of this Order.

The Clerk is directed to certify copies of this Order to the Federal Public Defender, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: February 12, 2024

Robert J. Conrad, Jr.
United States District Judge